UNITED STATES of America,
Plaintiff—Appellee,

v.

David Patrick WORRELL,
Defendant—Appellant.

No. 07–6899.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

David Patrick Worrell, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Patrick Worrell appeals the district court's order denying his motion for a writ of audita querela pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for

the reasons stated by the district court. *See United States v. Worrell,* No. 4:03–cr–00049–H (E.D.N.C. May 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*